**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6820

VINCENT JOHN HALL,

Plaintiff - Appellant,

versus

CAPTAIN JOHNNY SAPP; NURSE CORA POUNCEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. R. Bryan Harwell, District Judge. (6:06-cv-02476-RBH)

Submitted: November 20, 2007      Decided: November 28, 2007

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent John Hall, Appellant Pro Se. C. Heath Ruffner, HARRIS, MCLEOD & RUFFNER, Cheraw, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent John Hall appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hall v. Sapp, No. 6:06-cv-02476-RBH (D.S.C. May 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED